BEFORE THE SECOND DIVISION, JANUARY 15, 1948

**No. 52117.**—U. S. Rubber Co. v. United States, protest 120507–K (Los Angeles).

Opinion by TILSON, J. The record showed that the imported merchandise is used in conjunction with other articles, not imported, in the manufacture or production of automobile tires. However, the record failed to establish that the imported merchandise is an integral, constituent, or component part without which the article to which it is to be joined could not function as such article. The evidence likewise failed to establish that the article to which the imported merchandise is to be joined, is a machine, in and of itself. On the record presented the protest was overruled for failure of proof.

**No. 52118.**—Larry Lasker Co. et al. v. United States, protests 496056–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiffs was therefore sustained.

**No. 52119.**—L. Bamberger & Co. v. United States, protests 529559–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 52120.**—Larry Lasker Co. v. United States, protests 906974–G, etc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiff was therefore sustained.

**No. 52121.**—W. T. Grant Co. *v.* United States, protests 904717–G (B), etc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 52122.**—Thos. D. Toy & Co. et al. *v.* United States, protests 88802–K, etc. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52123.**—Allied Purchasing Corp. et al. *v.* United States, protests 98854–K, etc. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52124.**—Artmart Linen Co., Inc., et al. *v.* United States, protests 101927–K, etc. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

JANUARY 14, 1948

**No. 52125.**—SUIT 4574.—*United States* v. *Western Operating Corp.*—
————————————————————————————C. D. 1036 affirmed November 29, 1947.   C. A. D. 373.

BEFORE THE FIRST DIVISION, JANUARY 21, 1948

**No. 52126.**—G. Hirsch Sons, Inc., et al. *v.* United States, protests 7101–K, etc. (New York).